1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10
11

| RORY CHAVEZ, | ) | Case No.: 1:19-CV-0603 - JLT |
|---|---|---|
12

|  Plaintiff, | ) | |
| | ) | ORDER REFERRING THE MATTER TO VDRP |
13

|  v. | ) | |
| | ) | |
14

| GILBERTO ARIAS, et al., | ) | |
| | ) | |
15

|  Defendants. | ) | |

16

17        In the Joint Scheduling Report filed on July 25, 2019, the parties stipulated for the action to be

18    referred to the Court's Voluntary Dispute Resolution Program (VDRP) pursuant to Local Rule 271.

19    (Doc. 12 at 10) At the Scheduling Conference held on August 1, 2019, the parties confirmed on the

20    record that they wish to proceed with VDRP.

21        Therefore, the Court **ORDERS**:  The matter is referred to the Voluntary Dispute Resolution

22    Program.

23

24    IT IS SO ORDERED.

25        Dated:  __August 1, 2019__                    _____**/s/ Jennifer L. Thurston**

26                                                    UNITED STATES MAGISTRATE JUDGE

27

28