# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RORY CHAVEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GILBERTO ARIAS, et al.,<br><br>　　　　　Defendants. | Case No.: 1:19-CV-00603 - JLT<br><br>ORDER AFTER INFORMAL TELEPHONIC CONFERENCE RE: DISCOVERY DISPUTE<br>(Doc. 22) |

At the request of the plaintiff, the Court held an informal teleconference regarding a discovery dispute (Doc. 22) At the conference, counsel agreed that Ms. Paniagua will amend her responses to interrogatories number 9, 12, 16, 18, 19, 20 and 21 and her responses to production requests number 11, 13, 14 and 15. The plaintiff will withdraw interrogatories 14, 15 and 17. Plaintiff has responded to requests number 5 and 6 already and these same documents have been produced by Mr. Arias as well. Thus, the Court **ORDERS**:

　　1.　　No later than July 10, 2020, Ms. Paniagua will serve amended responses to interrogatories number 9, 12, 16, 18, 19, 20 and 21 and to production requests number 11, 13, 14 and 15;

///

///

///

2. Interrogatories 14, 15 and 17 are withdrawn.

IT IS SO ORDERED.

Dated: **June 19, 2020**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE