# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RORY CHAVEZ,<br><br>      Plaintiff,<br><br>  v.<br><br>GILBERTO ARIAS, et al.,<br><br>      Defendants. | Case No.: 1:19-cv-0603 - JLT<br><br>ORDER AFTER INFORMAL TELECONFERENCE RE: DISCOVERY DISPUTE<br><br>(Doc 37) |

At the request of the plaintiff, the Court held an informal telephone conference regarding a discovery dispute. At issue is the deposition of the plaintiff. Counsel for Mr. Arias wishes to take the deposition in-person to view, first-hand, the impacts of his disability. Mr. Chavez objects to the in-person deposition, due to the impacts of the COVID-19 pandemic and the widespread nature of the pandemic in Kern County. At the teleconference, counsel discussed the situation and were able to come to a compromise. Thus, the Court **ORDERS**:

    1.    Immediately, the plaintiff will provide to the defense medical records detailing his disability. If the defense requests after reviewing the medical records, Mr. Chavez agrees he will submit to an independent medical examination;

///

///

///

2. The deposition of Mr. Chavez will proceed via videoconference on a day and time convenient to the parties and counsel.

IT IS SO ORDERED.

Dated: **September 3, 2020**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE