UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RORY CHAVEZ, | Case No.: 1:19-cv-0603 - JLT |
| Plaintiff, | ORDER AFTER NOTICE OF SETTLEMENT WITH DEFENDANT PANIAGUA |
| v. | |
| GILBERTO ARIAS, et al., | (Doc. 46) |
| Defendants. | |

The plaintiff reports he has settled the case as to defendant Paniagua only. (Doc. 46) He indicates he will file a stipulated dismissal of this defendant within 60 days. Id. Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action as to Ms. Paniagua **SHALL** be filed **no later than November 16, 2020**;

2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:   **September 16, 2020**          /s/ Jennifer L. Thurston
                                         UNITED STATES MAGISTRATE JUDGE