UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RORY CHAVEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GILBERTO ARIAS, et al.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-0603 - JLT<br><br>ORDER CLOSING THE ACTION AS TO MAYRA R. PANIAGUA ONLY<br>(Doc. 59) |

　　　The parties have stipulated to the action as to Mayra R. Paniagua being dismissed with prejudice and with each side to bear their own fees and costs.  (Doc. 59) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).  Accordingly, the Clerk of Court is DIRECTED to close this action.


IT IS SO ORDERED.

　　Dated:  **November 24, 2020**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE