# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RORY CHAVEZ, | Case No.: 1:19-cv-0603 - JLT |
| Plaintiff, | ORDER AFTER NOTICE OF SETTLEMENT |
| v. | |
| GILBERTO ARIAS, et al., | |
| Defendants. | |

The plaintiff reports he has settled the matter and indicates he will seek dismissal of the action soon. (Doc. 61) Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than May 21, 2021**;
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:  **March 22, 2021**          **/s/ Jennifer L. Thurston**
                              UNITED STATES MAGISTRATE JUDGE