**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RORY CHAVEZ, | ) Case No.: 1:19-cv-0603 - JLT |
| Plaintiff, | ) ORDER DISMISSING THE CASE |
| v. | ) (Doc. 63) |
| GILBERTO ARIAS, et al., | ) |
| Defendants. | ) |

The parties have stipulated to the action being dismissed with prejudice and with each side to bear their own fees and costs. (Doc. 63) Thus, the action is DISMISSED with prejudice.

IT IS SO ORDERED.

Dated: __**May 5, 2021**__   ___**/s/ Jennifer L. Thurston**___
CHIEF UNITED STATES MAGISTRATE JUDGE